# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 3:12-CR-00084(AWT) |
| v. | : | |
| | : | |
| DONNA BELLO | : | |
| JILL PLATT | : | May 7, 2014 |

## JOINT MOTION FOR RELEASE ORDER

Counsels for each defendant and the government, in the above captioned matter move, through counsel for Ms. Bello, for an Order of Release in light of the ruling of the United States Court of Appeals for the Second Circuit's ruling in the matters of *United State v. Bello* and *United States v. Platt*, 13-3162(L) and 13-3303(CON), respectively. *Exhibit* 1. An appeal is currently pending in the Second Circuit, under the aforementioned docket numbers, and each defendant moved for release pending her appeal. The Second Circuit heard oral arguments on the defendants' motions for release pending appeal on May 6, 2014 and granted the respective motions on May 7, 2014.

Ms. Platt is currently unrepresented in the District of Connecticut, however, upon information and belief, her appellate counsel—Alexandra Shapiro—will be moving for admission to the District *pro hac vice*. Ms. Shapiro has authorized and requested that the undersigned move on Ms. Platt's behalf as well, time being of the essence.

Accordingly, the defendants and the government ask that the Court grant release pursuant to the respective conditions enumerated during the pendency of this case in the District Court. The undersigned has attached a proposed order as to Ms. Bello as *Exhibit* 2 and a proposed order as to Ms. Platt as *Exhibit* 3. Accordingly, both parties request that Court adopted the proposed orders as submitted.

1

Respectfully submitted,

THE DEFENDANTS
DONNA BELLO
JILL PLATT

BY:_____/S/_____
Norman A. Pattis, Esq.
Federal Bar No.: ct13120
The Pattis Law Firm
649 Amity Road
Bethany, CT 06524
T: 203-393-3017
F: 203-393-9745
Napatty1@aol.com

## CERTIFICATION

This is to certify that on May 7, 2014 a copy of the foregoing was filed electronically. Notice of this filing will be sent, via email, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class United States mail, postage pre-paid, a copy of the foregoing to all counsel of record and pro se parties that do not have access to the Court's electronic filing system and to whom the Courts direct the undersigned send a hard copy via the mail. Parties may access this filing through the Court's system.

/s/Norman A. Pattis/s/

EXHIBIT    1

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of May, two thousand fourteen.

Present:

> Robert D. Sack,
> Reena Raggi,
> Denny Chin,
> *Circuit Judges.*

———————————————————

United States of America,

> *Appellee,*

v.                                                                          13-3162(L), 13-3303(CON)

Jill Platt, Donna Bello,

> *Defendants-Appellants.*

———————————————————

Appellants, through counsel, each move for release pending appeal. Upon due consideration, it is hereby ORDERED that the motions are GRANTED because Appellants have raised a "substantial question of law or fact likely to result in reversal, a new trial, a sentence that does not include a term of imprisonment, or a reduced sentence less than the total of the time already served plus the expected duration of the appeal process." 18 U.S.C. § 3143(b)(1); see United States v. Randell, 761 F.2d 122, 125 (2d Cir. 1985).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court



EXHIBIT   2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------x
                                :

UNITED STATES OF AMERICA   :
                                :

v.                             :     CRIM. NO. 3:12CR84(AWT)
                                :

DONNA BELLO               :
                                :

------------------------------x

## ORDER GRANTING RELEASE PENDING APPEAL

Defendant/Appellant Donna Bello, Bureau of Prisons Register
Number/U.S. Marshal Number 20995-014, who was sentenced on
August 13, 2013, has commenced serving her sentence and is
currently incarcerated at Alderson FPC while pursuing her
appeal.

The United States Court of Appeals for the Second Circuit
has granted Donna Bello's motion for release pending appeal
pursuant to 18 U.S.C. § 3143(b)(1).

Accordingly, it is hereby ordered that:

1. The Bureau of Prisons shall release Donna Bello from
   custody immediately.

2. Donna Bello shall remain at liberty until further
   order of the court on the $1,000,000 surety bond
   that was previously in effect during the pendency of
   her case in this district, and subject to the
   conditions of that bond, as they may be hereafter

1

modified.  Within 48 hours of her release, counsel
for Donna Bello and counsel for the government shall
notify the court as to whether Donna Bello should
execute any additional documents in connection with
that bond, and if she should execute any such
additional documents she shall do so forthwith.

3. Within 72 hours of her release, Donna Bello shall
report to the United States Probation Office for the
District of Connecticut to review the terms of
supervision.  She shall contact United States
Probation Officer Megan Chester for the purpose of
doing so.

4. Donna Bello shall remain in the District of
Connecticut with the exception of return travel from
Alderson Federal Correctional Institute, West
Virginia, and points in between; travel to and from
the United States Court of Appeals for the Second
Circuit; and travel to and from the office of
counsel for her codefendant in the Southern District
of New York.

5. The Clerk shall immediately transmit a copy of this
order to Sean Haltom via email at shaltom@bop.gov.

It is so ordered.

Dated this 7th day of May, 2014, at Hartford, Connecticut.

_____                    _____          Alvin W.
Thompson

                                     United States District Judge

EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :
v.                            :    CRIM. NO. 3:12CR84(AWT)
                              :
JILL PLATT                    :
                              :
------------------------------x
```

## ORDER GRANTING RELEASE PENDING APPEAL

Defendant/Appellant Jill Platt, Bureau of Prisons Register Number/U.S. Marshal Number 20994-014, who was sentenced on August 13, 2013, has commenced serving her sentence and is currently incarcerated at Alderson FPC while pursuing her appeal.

The United States Court of Appeals for the Second Circuit has granted Jill Platt's motion for release pending appeal pursuant to 18 U.S.C. § 3143(b)(1).

Accordingly, it is hereby ordered that:

1. The Bureau of Prisons shall release Jill Platt from custody immediately.

2. Jill Platt shall remain at liberty until further order of the court on the $500,000 surety bond that was previously in effect during the pendency of her case in this district, and subject to the conditions of that bond, as they may be hereafter modified.

Within 48 hours of her release, counsel for Jill
Platt and counsel for the government shall notify
the court as to whether Jill Platt should execute
any additional documents in connection with that
bond, and if she should execute any such additional
documents she shall do so forthwith.

3. Within 72 hours of her release, Jill Platt shall
report to the United States Probation Office for the
District of Connecticut to review the terms of
supervision. She shall contact United States
Probation Officer Megan Chester for the purpose of
doing so.

4. Jill Platt shall remain in the District of
Connecticut with the exception of return travel from
Alderson Federal Correctional Institute, West
Virginia, and points in between; travel to and from
the United States Court of Appeals for the Second
Circuit; and travel to and from her attorney's
office in the Southern District of New York.

5. The Clerk shall immediately transmit a copy of this
order to Sean Haltom via email at shaltom@bop.gov.

It is so ordered.

Dated this 7th day of May, 2014, at Hartford, Connecticut.

_____                    Alvin W.

Thompson                        United States District Judge