**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:12CR84 (AWT) |
| DONNA BELLO, ET AL | : | August 22, 2018 |

<u>UNITED STATES' MEMORANDUM IN SUPPORT OF
MOTION FOR DISBURSEMENT OF FUNDS</u>

The United States respectfully files this memorandum in support of its motion requesting that the Clerk be directed to immediately remove from its Registry certain restitution payments made by the defendants. The United States further requests that an order enter, directing the Clerk to disburse said funds to the victim's mother, in accordance with 18 U.S.C. § 3663(a)(2). The United States' motion should be granted based upon the reasons that follow.

The co-defendants, Donna Bello and Jill Platt, were sentenced by this Court on August 15, 2013 (ECF# 280, 281). Restitution Orders were subsequently entered on August 21, 2013 (ECF# 290, 291). The Restitution Orders required both defendants to pay restitution in the amount of $32,000.00, jointly and severally, to several victims. On August 30, 2016, one of the victims passed away while the defendants continued to make restitution payments. The Clerk's Office began holding the deceased victim's restitution disbursements, pending further order of this Court. The Clerk's records show that restitution is paid in full, and the Clerk continues to hold certain funds that would have otherwise been disbursed to the (deceased) victim. The decedent's mother has written to the Clerk, providing proof of death and requesting that the

restitution funds be disbursed to her.  The correspondence and death certificate are filed under seal, simultaneously herewith.

Pursuant to 18 U.S.C. § 3663(a)(2), in cases where a District Court orders restitution and the victim dies, the representative of the victim's estate or another family member "may assume the victim's rights under this section".  Accordingly, based upon the explanatory letter from the decedent-victim's mother and Section 3663(a)(2), the United States respectfully requests that this Court enter an order authorizing the Clerk to disburse the remaining restitution funds to the victim's mother.

                Respectfully submitted,

                John H. Durham
                United States Attorney

                    /s/

                Christine Sciarrino
                Assistant United States Attorney
                United States Attorney's Office
                157 Church Street -25th Floor
                New Haven, Connecticut   06510
                Tel. (203) 821-3780/Fax (203) 773-5315
                Email: Christine.Sciarrino@usdoj.gov
                Federal No. CT3393

<u>Certification</u>

I hereby certify that on August 22, 2018, a copy of the foregoing memorandum was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/

Christine Sciarrino
Assistant United States Attorney